IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01032-WJM-MJW

AMERICAN ENTERPRISE BANK, an Illinois state bank,

    Plaintiff,

vs.

SPRING HILL HOLDINGS, LLC, a Colorado limited liability company; GEMINI FITNESS GROUP, INC. d/b/a/ ORCHARDS ATHLETIC CLUB, a Colorado corporation; AINSLIE MacEACHRAN; HUGH MacEACHRAN; ELIZABETH MacEACHRAN; JOHN MacEACHRAN; SMALL BUSINESS ADMINISTRATION; WATERBURY ORCHARDS, LLC, a Colorado limited liability company; and PUBLIC TRUSTEE OF LARIMER COUNTY,

    Defendants. (Docket no. 46)

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

IT IS HEREBY ORDERED that the Unopposed Joint Motion to Amend Scheduling Order is GRANTED. The Scheduling Order (Doc. 40) is modified as follows:

    a.    Discovery Cut-off: January 2, 2013;

    b.    Dispositive Motion Deadline: January 21, 2013;

    c.    Proposed Final Pretrial Order: March 25, 2013; and

    d.    Final Pretrial Conference: ~~March 29, 2013~~ April 1, 2013, at 9:30 a.m.

IT IS FURTHER ORDERED THAT: The Final Pretrial Conference set on February 12, 2013 at 10:00 AM is VACATED.

    a.    The Responses to AEB's First Set of Requests for the Production of Documents will be due by Spring Hill Holdings, LLC, John MacEachran, and Elizabeth MacEachran (collectively "Spring Hill") on or before November 28, 2012; and

-2-

b. AEB's responses to Spring Hill's Second Set of Requests for the Production of Documents will be due on or before December 12, 2012.

DATED this 22nd day of October, 2012.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge

5801841_1.DOCX

-2-