IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01032-WJM-MJW

AMERICAN ENTERPRISE BANK,
an Illinois state bank,

Plaintiff,

v.

SPRING HILL HOLDINGS LLC, a Colorado limited liability company,
GEMINI FITNESS GROUP, INC. d/b/a ORCHARDS ATHLETIC CLUB, a Colorado
corporation,
AINSLEE MacEACHRAN,
HUGH MacEACHRAN,
ELIZABETH MacEACHRAN,
JOHN MacEACHRAN,
SMALL BUSINESS ADMINISTRATION,
WATERBURY ORCHARDS, LLC, a Colorado limited liability company, and
PUBLIC TRUSTEE OF LARIMER COUNTY,

Defendant(s).

_____

MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order
(Docket No. 61) is granted.  Consequently, the Final Pretrial Conference set on April 1,
2013, at 9:30 a.m. is VACATED and RESET on April 17, 2013, at 10:30 a.m.  The
parties shall file their proposed Final Pretrial Order on or before April 11, 2013.

Date: March 20, 2013

_____