**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.:**   12-cv-01032-WJM-MJW | FTR - Courtroom A-502 |
| **Date:**  April 8, 2013 | Courtroom Deputy, Emily Seamon |
| AMERICAN ENTERPRISE BANK, an Illinois state bank, | Richard Chapman<br>Jeffrey Esses<br>John Boulahanis |
| Plaintiff, | |
| v. | |
| SPRING HILL HOLDINGS, LLC, a Colorado limited liability company,<br>GEMINI FITNESS GROUP, INC., a Colorado corporation doing business as Orchards Athletic Club,<br>AINSLEE MACEACHRAN,<br>HUGH MACEACHRAN,<br>ELIZABETH MACEACHRAN,<br>JOHN MACEACHRAN,<br>SMALL BUSINESS ADMINISTRATION,<br>WATERBURY ORCHARDS, LLC, a Colorado limited liability company, and<br>PUBLIC TRUSTEE OF LARIMER COUNTY, | Sean Hanlon |
| Defendants. | |

---

### COURTROOM MINUTES / MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:     10:01 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court regarding the Motion to Amend Scheduling Order and Vacate the Final Pretrial Conference Set for April 1, 2013 as Not Yet Ripe [Doc. No. 65, Filed March 22, 2013].

10:03 a.m.      Argument by Mr. Hanlon.

Counsel answer questions asked by the Court.

10:15 a.m.      Response by Mr. Chapman.

10:18 a.m.     Rebuttal argument by Mr. Hanlon.

Court's findings and conclusions.

**It is ORDERED:**     Motion to Amend Scheduling Order and Vacate the Final Pretrial Conference Set for April 1, 2013 as Not Yet Ripe [Doc. No. 65, Filed March 22, 2013] is **GRANTED**.

Discovery deadline is extended to **August 9, 2013**.  Dispositive motion deadline is extended to **October 31, 2013**.  Initial experts shall be disclosed on or before **June 24, 2013**.  Rebuttal experts shall be disclosed on or before **July 22, 2013**. The Final Pretrial Conference set for April 17, 2013 is vacated and reset to **Monday, December 9, 2013 at 9:30 a.m.**  Proposed Final Pretrial Order due on or before **December 2, 2013**.

Discussion regarding settlement.  Counsel shall meet and confer and file an Unopposed or Joint Motion for a Settlement Conference.

HEARING CONCLUDED.

**Court in recess:**     **10:37 a.m.**
Total In-court time:     00:36

To order a transcript of this proceeding, contact  Avery Woods Reports (303) 825-6119  or Toll Free    1-800-962-3345.