IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01032-WJM-MJW

AMERICAN ENTERPRISE BANK,
an Illinois state bank,

Plaintiff,

v.

SPRING HILL HOLDINGS LLC, a Colorado limited liability company,
GEMINI FITNESS GROUP, INC. d/b/a ORCHARDS ATHLETIC CLUB, a Colorado corporation,
AINSLEE MacEACHRAN,
HUGH MacEACHRAN,
ELIZABETH MacEACHRAN,
JOHN MacEACHRAN,
SMALL BUSINESS ADMINISTRATION,
WATERBURY ORCHARDS, LLC, a Colorado limited liability company, and
PUBLIC TRUSTEE OF LARIMER COUNTY,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Joint Motion to Stay Litigation for 60 Days Based Upon Pending Settlement and Approval (Docket No. 72) is granted, finding good cause shown.  This case, including the deadlines set forth in the amended Scheduling Order, is stayed up to and including August 20, 2013.

It is further ORDERED that counsel shall file a joint status report on or before August 20, 2013.

Date: June 21, 2013