**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1032-WJM-MJW

AMERICAN ENTERPRISE BANK, an Illinois state bank

    Plaintiff,

v.

SPRING HILL HOLDINGS, LLC, a Colorado limited liability company
GEMINI FITNESS GROUP, INC., a Colorado corporation d/b/a ORCHARD ATHLETIC CLUB,
AINSLEE MACEACHRAN,
HUGH MACEACHRAN,
ELIZABETH MACEACHRAN,
JOHN MACEACHRAN,
SMALL BUSINESS ADMINISTRATION,
WATERBURY ORCHARDS, LLC, a Colorado limited liability company, and
PUBLIC TRUSTEE OF LARIMER COUNTY

    Defendants.

---

**ORDER GRANTING JOINT MOTION REQUESTING
ADMINISTRATIVE CLOSURE OF THE CASE**

---

This matter comes before the Court on the Parties' Joint Motion Requesting Administrative Closure of the Case, filed on August 8, 2016. (ECF No. 78). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Joint Motion is GRANTED. (ECF No. 78). Pursuant to D.C.COLO.LCivR 41.2, the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED. The parties may later seek to reopen this case for good cause shown.[1]

---

[1] The Court welcomes the Parties' settlement efforts and progress toward same, as well as the request for administrative closure of this case at this juncture of the proceedings. But it is

Dated this 19th day of August, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge

---

must be noted that the Court's Revised Practice Standard III.B, provides that "[a]ll requests...must be contained in a separate, written motion" and also D.C.COLO.LCivR 7.1 requiring that "a motion shall be made in a separate paper." Here, the Court notes that the request for administrative closure also included a status report. The Court waives compliance with the above practice rules, in this instance. However, should the Parties seek to reopen this case for any reason, and provide a status report simultaneously, such documents should be filed in separate filings so to comport with the above practice rules.